**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LENORA A. JONES,**

    **Plaintiff(s),**

v.                                   **CASE NO:  8:05-CV-1858-T-30MAP**

**COLLEGIATE FUNDING SERVICES,**
**LLC,**

    **Defendant(s).**
_____/

**ORDER OF DISMISSAL**

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #5) entered on February 6, 2006.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1)    This cause is dismissed without prejudice.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 23, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-1858.dismissal.wpd*